# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00199-NYW

LEONARDO LEYVA RAMIREZ,

      Petitioner,

v.

JUAN BALTASAR, in his official capacity;
ROBERT HAGAN, in his official capacity;
TODD LYONS, in his official capacity;
KRISTI NOEM, in her official capacity; and
PAMELA BONDI, in her official capacity;

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order entered by United States District Judge Nina Y. Wang on February 26, 2026 [Doc. 26], it is

ORDERED that Petitioner's remaining claims are DENIED without prejudice as moot. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that Petitioner shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that to the extent Petitioner seeks attorney's fees, see [Doc. 1 at 12], he must file a separate motion for fees that complies with the Federal Rules of Civil Procedure and the Local Rules of Practice for this District. See *Daley v. Ceja*, 158 F.4th 1152, 1155, 1162 (10th Cir. 2025); 28 U.S.C. § 2412(a)(1).  It is

FURTHER ORDERED that this case is terminated.

Dated at Denver, Colorado this 27th day of February, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/M. Smotts
M. Smotts, Deputy Clerk